Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:05-00190 |
| | ) | JUDGE TRAUGER |
| | ) | |
| CURTIS BLACK | ) | |

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant, Curtis Black, respectfully moves this Court to terminate his supervised release early. As has previously been reported to the Court in 2010, the defendant moved away from Nashville and relocated his residence in Lawrenceburg, Tennessee, to be closer to family and away from an environment that had proved to have too many temptations and opportunities for backsliding. Since this relocation, the defendant has had a greater sense of discipline and self-control. He has remained sober, and, in spite of continuing health problems, has kept a positive attitude and a good relationship with the United States Probation Office. It is anticipated that the United States Probation Office will concur in this report and in the conclusion that early termination would be appropriate.

Defendant requests an opportunity to appear in person on this motion so that he might demonstrate that the Court's trust in him on this occasion was warranted.